United States District Court
Southern District of Texas
**ENTERED**
May 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § |
| JIAN RONG ZHANG | § § § § § § § § § § § § § § § § § |

CRIMINAL NO:
UNDER SEAL

18 CR 277

### ORDER FOR ISSUANCE OF BENCH WARRANT

A   <u>CRIMINAL INDICTMENT</u>   has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

JIAN RONG ZHANG

☑ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on   May 16   , 20 18 .

UNITED STATES MAGISTRATE JUDGE